NEW JERSEY BELL TELEPHONE COMPANY, A CORPORA-
TION OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
BOARD OF REVIEW, DIVISION OF EMPLOYMENT
SECURITY, DEPARTMENT OF LABOR AND INDUSTRY,
STATE OF NEW JERSEY, AND MRS. ESTHER W. ROWE,
DEFENDANTS-RESPONDENTS.

Argued September 24, 1963—Decided November 4, 1963.

*Mr. Michael J. O'Neil* argued the cause for the appellant.

*Mr. Sidney Reitman* argued the cause for the respondent,
Esther W. Rowe (*Messrs. Kapelsohn, Lerner, Leuchter &
Reitman,* attorneys).

*Mr. Edward A. Kaplan* argued the cause for the respondent,
Board of Review.

*Messrs. Lum, Biunno & Tompkins* filed a brief *amicus
curiae* (*Mr. Vincent P. Biunno,* of counsel).

PER CURIAM.  The judgment is affirmed for the reasons
expressed in the majority opinion of Judge Sullivan in the
Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.